# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**WARREN D. FRIDAY**                                                              **PETITIONER**

**VS**                                                              **CASE NO.: 1:10CV229-B-S**

**DALE CASKEY, ET AL.**                                                              **RESPONDENT**

## ORDER GRANTING MOTION TO FILE CJA FORM OUT OF TIME

THIS CAUSE comes before this court on the motion of petitioner to withdraw his motion for voluntary dismissal (#9). Upon due consideration, the court finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that petitioner's motion is **GRANTED** and that his motion to dismiss is terminated.

**SO ORDERED** this 22nd day of December 2010.

/s/David A. Sanders
U.S. MAGISTRATE JUDGE